IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| V. | § NO. 07-CR-00188-WDM (11) |
| | § |
| ROBERTO LOPEZ | § |

ORDER (Docket No. 182)

On this day came on to be considered the unopposed Motion of Defendant ROBERTO LOPEZ to permanently amend the conditions of his release to permit him to travel, outside the conditions of his bond, to Texas (outside of El Paso County), New Mexico and Arizona, and said Motion having been heard and the Court being of the opinion that same should be GRANTED, finding no objection by The United States.

IT IS THEREFORE ORDERED by this Court that the above styled and numbered cause is GRANTED.

SIGNED AND ENTERED this 19th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO