IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Criminal Action No. 07-cr-00188-WDM-11

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE AVENDANO
2. ALEJANDRO CAMACHO-LEVARIO
3. LUIS CAMACHO-LEVARIO
4. ANTHONY CORDOVA
5. RANDEL CUNNINGHAM
6. ARIEL FRAIRE
7. DAVID GARCIA
8. HEATHER GRIMES
9. JOSE HERNANDEZ
10. MIKE LNU
11. **ROBERTO LOPEZ**
12. JOSE MUNOZ
13. LUIS MURO-MUNOZ
14. GERARDO TORIBIO
15. VERONICA TYREE
16. BRUNO TYREE
17. OSCAR GARCIA-RUIZ

    Defendants.
_____

## MINUTE ORDER
_____

ENTERED BY JUDGE WALKER D. MILLER

    Defendant Lopez' Motion to Waive Personal Appearance at Status Conference (Docket # 591) is GRANTED.

DATED: May 7, 2008