IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 07-cr-00188-WDM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

Roberto Lopez,

 Defendant.

---

## ORDER EXONERATING BOND

---

 This criminal action has proceeded to trial, defendant has been found guilty, and defendant was remanded to the custody of the United States Marshal at completion of the trial. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

 **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

 **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

 DATED at Denver, Colorado, this 28th day of April, 2009.

           BY THE COURT:

           s/ Walker D. Miller
           Senior Judge
           United States District Court