IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00188-WDM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

11.  ROBERTO LOPEZ,

 Defendant.

_____

**MINUTE ORDER**
_____

SENIOR JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

 Sentencing is rescheduled to **November 18, 2009, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: July 27, 2009

              s/ Jane Trexler, Judicial Assistant