IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00188-WDM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

11.  ROBERTO LOPEZ,

      Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

      Defense counsel having failed to appear in time for the scheduled hearing, the sentencing is rescheduled to **February 2, 2010, at 11:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: January 21, 2010

                                              s/Jane Trexler, Judicial Assistant