IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02413-MSK
Criminal Action No. 07-cr-00188-MSK-11

UNITED STATES OF AMERICA,

v.

11.    ROBERTO LOPEZ,

        Movant.

---

## ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside, or correct the

sentence imposed by this Court, it is now

**ORDERED** that the United States Attorney on or before **November 18, 2011**, shall file

an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing

Section 2255 Proceedings.

DATED this 19th day of September, 2011.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge